**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ramon NOREZ–QUINTERO,**
**Defendant–Appellant.**

No. 04–51460.

United States Court of Appeals,
Fifth Circuit.

Decided June 24, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's, Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is GRANTED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, El Paso Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days from the denial of Appellee's motion to vacate and remand is DENIED as unnecessary.